**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| | * |
| **V.** | *  CR. NO. 02-00190-CG |
| | * |
| **BILLY RAY PERRY,** | * |
| | * |
| **Defendant.** | * |

## **ORDER**

The matter came on for a supervised release revocation hearing on August 20, 2007, at which the defendant executed a waiver of the hearing. Based on the arguments of counsel and the representations made by the defendant, the court declines to revoke the defendant's supervised release at this time and amends defendants terms of supervision as follows:

1) The defendant shall participate in the ninety (90) day substance abuse treatment program at The Shoulder.

The defendant is warned that failure to complete the program at The Shoulder, or just one additional positive drug test will result in revocation of his terms of supervision.

The revocation was continued indefinitely and will be re-set if needed upon notice by the Probation Officer that the defendant has failed to abide by the terms and conditions of supervised release.

It is **ORDERED** that the defendant be release from custody after being processed.

**DONE and ORDERED** this the 20th day of August, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE